No. 71–5607.   SPIVEY *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 71–5608.   GUILE *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 71–5613.   LUMSDEN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–5614.   COLE *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 71–5615.   SULLIVAN *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 71–5616.   BOYD *v.* KANSAS.   Sup. Ct. Kan.   Certiorari denied.

No. 71–5617.   AGERS *v.* WASHINGTON.   Sup. Ct. Wash. Certiorari denied.

No. 71–5618.   FINISTER *v.* WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 71–5619.   SIMS *v.* McCARTHY, MEN'S COLONY SUPERINTENDENT.   C. A. 9th Cir.   Certiorari denied.

No. 71–5620.   ROBINSON, AKA LOPER *v.* UNITED STATES. C. A. 8th Cir.   Certiorari denied.

No. 71–5621.   BASKIN *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 71–5622.   GAINES ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 71–5623.   ANDERSON *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.